

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00159-CV

**IN THE INTEREST OF D.D.V.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00206
Honorable Linda A. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. Because appellant is indigent, costs of appeal are assessed against the party that incurred them.

SIGNED September 1, 2021.

_____
Lori I. Valenzuela, Justice